IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| KARL WAYNE GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>RAY H. HOOD, Secretary of Transportation,<br><br>Defendant. | Cause No. CV 09-00112-BLG-RFC-CSO<br><br>FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE TO DENY SECOND MOTION FOR DEFAULT JUDGMENT |

Plaintiff Karl Green filed a Second "Motion for Summary Judgment Against Defendant for Failure to Respond to Complaint." (Court Doc. 11). The Court has construed this document as a motion for default judgment brought pursuant to Rule 55 of the Federal Rules of Civil Procedure.

In support of his motion Green states, "The complaint was sent certified to Mark Lindsey Chief Council, Ray La Hood Secretary of Transportation and Associate Director Division, on 1/21/2010. Documentation indicates that the Associate Director and Ray H. Hood

FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE TO DENY SECOND MOTION FOR DEFAULT JUDGMENT—CV-09-00112-BLG-RFC-CSO/
PAGE 1

were served on 1/26/2010." (Court Doc. 11, p. 1).

As set forth the Court ruling on Green's first Motion for default, default is not appropriate in that Rule 12 of the Federal Rules of Civil Procedure provides that the United States, United States agencies and United States officers and employees have 60 days after service to serve an answer to a complaint, counterclaim, or crossclaim.  Fed.R.Civ.P. 12(a)(2) and (3).  Green represents his Complaint was served on January 26, 2010.  Defendant's Answer was filed on March 25, 2010 within the sixty day period.

Based upon the foregoing, the Court issues the following:

### RECOMMENDATION

Green's "Motion for Summary Judgment against Defendant for Failure to Respond to Complaint" (Court Doc. 11) as construed as a Rule 55 Motion for Default should be **DENIED**.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may serve and file written objections to this Findings and Recommendation within

FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE TO DENY SECOND MOTION FOR DEFAULT JUDGMENT–CV-09-00112-BLG-RFC-CSO/ PAGE 2

fourteen (14) days of the date entered as indicated on the Notice of Electronic Filing.  Any such filing should be captioned "Objections to Magistrate Judge's Findings and Recommendation."

A district judge will make a de novo determination of those portions of the Findings and Recommendation to which objection is made.  The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendation.  Failure to timely file written objections may bar a de novo determination by the district judge and may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a)(1), should not be filed until entry of the District Court's final judgment.

DATED this 29th day of March, 2010.

        /s/ Carolyn S. Ostby
        Carolyn S. Ostby
        United States Magistrate Judge